IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,  Plaintiff,  v.  J. OVERSTREET,  Defendant. | No. 2:21-CV-0610-JAM-DMC-P  ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 17, for copies and an extension of time.  Good cause appearing therefor, Plaintiff's motion is granted.  The Clerk of the Court is directed to send Plaintiff copies of the Court's findings and recommendations at ECF No. 14 and Plaintiff's objections thereto at ECF No. 15.  Plaintiff may file a second amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: January 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE