1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

BENJAMIN JUSTIN BROWNLEE,

No.  2:21-cv-00610-DAD-DMC (PC)

12

Plaintiff,

13

v.

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS

14

JACKIE OVERSTREET,

15

Defendant.

(Doc. Nos. 35, 40)

16

17          Plaintiff Benjamin Justin Brownlee is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 30, 2024, the assigned magistrate judge issued findings and recommendations

21   recommending that defendant's motion to dismiss this action (Doc. No. 35) be granted.  (Doc.

22   No. 40.)  Those findings and recommendations were served on the parties and contained notice

23   that any objections thereto were to be filed within fourteen (14) days from the date of service.

24   (*Id.* at 8.)  To date, no objections to the pending findings and recommendations have been filed,

25   and the time in which to do so has now passed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

27   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

28   findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1.      The findings and recommendations issued on July 30, 2024 (Doc. No. 40) are
        adopted in full;

2.      Defendant's motion to dismiss (Doc. No. 35) is granted;

3.      This action is dismissed, without leave to amend; and

4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                        _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE